In the Matter of the Application of the STATEN ISLAND RAPID TRANSIT COMPANY to Acquire Title to Lands.

(Argued June 19, 1888; decided June 29, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 15, 1888, which reversed an order of Special Term amending a

notice of appeal by the land owners from an order confirming the appointment of commissioners of appraisal.

*Thomas W. Fitzgerald* for appellant.

*William W. MacFarland* for respondent.

Agree to dismiss appeal, " with leave to the parties to apply to the General Term for a rehearing on the ground that this motion was unnecessary, the original appeal from the order of confirmation having been, in substance, an appeal from the report and appraisal."

All concur.

Appeal dismissed.